**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RACHELINA CAMPANELLI,

Plaintiff,

vs.

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,

Defendant.

Civil Action No.: 5:26-cv-07372

## COMPLAINT

AND NOW, comes the Plaintiff, Ms. Rachelina Campanelli, by and through her attorney, Brian P. Bronson, Esquire, and the Quatrini Law Group, P.C., and files this Complaint in Civil Action in the Federal District Court for the Eastern District of Pennsylvania, stating as follows:

## INTRODUCTION

## NATURE OF THIS ACTION

1. This action is filed pursuant to the Employment Retirement Income Security Act of 1974, 29 U.S.C. §1001 et seq. (hereinafter referred to as "ERISA") and the Declaratory Judgment Act, 28 U.S.C. §§2201, 2202. Ms. Rachelina Campanelli, (hereinafter "Plaintiff") is a participant in an employee welfare benefit plan (hereinafter referred to as "The Plan") which is administered pursuant to an insurance policy issued

by The Guardian Life Insurance Company of America. The Plan is governed by ERISA. Plaintiff is a beneficiary under the Plan. This Complaint challenges the Plan's unlawful practice of failing to provide Plaintiff with the timely payment of Long Term Disability benefits under the Plan. Specifically, Plaintiff is filing this action to enforce her rights under the Plan and for attorney fees, interest and costs as provided by ERISA.

**JURISDICTION AND VENUE**

2. This Court has Original Jurisdiction to hear this Complaint and to adjudicate the claims herein pursuant to 28 U.S.C. §1331 and 29 U.S.C. §1132.

3. Venue is proper in this Court, as the Plan was administered in the Eastern District of Pennsylvania.

**PARTIES**

4. The Plaintiff, Ms. Rachelina Campanelli, resides at 76 W. High Street, Nazareth, PA 18064, Northampton County.

5. The Defendant, The Guardian Life Insurance Company of America, is the Claims Administrator of Long Term Disability claims and is located at 10 Hudson Yards, New York, NY 10001-2159.

6. Defendant administered employee benefits, mainly Long Term Disability benefits, under the Plan in accordance with the insurance policy issued to the Plan by the Claims Administrator.

## STATEMENT OF FACTS

7. The Plaintiff, Ms. Rachelina Campanelli, last worked for The Guardian Life Insurance Company of America as a Disability Claims Solution Owner I on or about August 7, 2024, wherein she stopped working due to diagnoses, symptoms, and functional limitations related to Bipolar I; Generalized Anxiety Disorder; Major Depressive Disorder; Post Traumatic Stress Disorder (PTSD); Psychogenic Nonepileptic Seizures (PNES).

8. By letter dated January 27, 2025, Defendant approved Plaintiff's claim for Long Term Disability benefits.

9. By letter dated May 28, 2025, Defendant denied Plaintiff's claim for Long Term Disability and Life Insurance Waiver of Premium benefits.

10. Plaintiff, by and through her attorney Brian Patrick Bronson, Esquire filed at timely and responsive appeal by letter dated October 24, 2025 and supplemented the appeal with additional evidence by letters dated June 17, 2026 and June 26, 2026.

11. By letter dated July 20, 2026, Defendant upheld their decision to deny Plaintiff's claim for Long Term Disability and Life Insurance Waiver of Premium benefits. This letter states, "This is our final position on this matter as all administrative remedies have been exhausted."

## CAUSE OF ACTION

**Employment Retirement Income Security Act of 1974, 29 U.S.C. §1001 et seq.**

12. Paragraphs 1 through 11 are incorporated herein as if set forth at length.

13. Plaintiff has exhausted all administrative remedies and mandatory appeals as required by the Plan and ERISA 29 U.S.C. §1001 et seq.

14. At all times relevant to this action, the Plaintiff has been unable to perform the material duties of her own occupation and any gainful occupation due to the diagnoses, symptoms, and functional limitations related to Bipolar I; Generalized Anxiety Disorder; Major Depressive Disorder; Post Traumatic Stress Disorder (PTSD); Psychogenic Nonepileptic Seizures (PNES).

15. The Defendant's actions in denying Plaintiff benefits under the Plan constitutes a violation of 29 U.S.C. § 1132(3)(B)(ii).

16. The Defendant ignored pertinent medical evidence and failed to evaluate all of the evidence of record including the medical of Plaintiff's treating physicians.

17. The Defendant did not conduct a full and fair review of the claim as required by ERISA.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff respectfully prays that the Court issue an Order:

(1) Awarding, declaring or otherwise providing Plaintiff all relief to which Plaintiff is entitled under ERISA Section 502 Paragraph (a) 29 U.S.C. Section 1132(a);

(2) Awarding pre and post judgment interests;

(3) Awarding Plaintiff the costs of this action and reasonable attorneys fees;

(4) Awarding such other relief as may be just and reasonable.

/s/ Brian P. Bronson, Esquire
Brian P. Bronson, Esquire (Pa #89035)
Quatrini Law Group, P.C.
550 East Pittsburgh Street
Greensburg, PA 15601
Phone: (724) 837-0080
Fax: (724) 837-1348
E-mail: bbronson@qrlegal.com

Dated: September 24, 2026